ANDRÉ BIROTTE JR.
United States Attorney
ANTOINE F. RAPHAEL
Assistant United States Attorney
Chief, Riverside Branch Office
JERRY C. YANG
Assistant United States Attorney
California Bar Number 241323
Riverside Branch Office
    3880 Lemon Street, Suite 210
    Riverside, California 92501
    Telephone: (951) 276-6221
    Facsimile: (951) 276-6202
    E-mail: jerry.yang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ED No. 97-21-M-1 |
|     Plaintiff, ) | |
|     v. ) | GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT AGAINST DEFENDANT FRANCISCO GONZALEZ OCHOA |
| FRANCISCO GONZALEZ OCHOA, ) | |
|     Defendant. ) | |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jerry C. Yang, hereby moves to dismiss the criminal complaint against FRANCISCO GONZALEZ OCHOA in the above-captioned case. This

///

motion is based on the attached memorandum of points and authorities.

Dated: May 1, 2012

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ANTOINE F. RAPHAEL
Assistant U.S. Attorney
Chief, Riverside Branch Office

/s/
JERRY C. YANG
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

## MEMORANDUM OF POINTS AND AUTHORITIES

On or about September 19, 1997, the United States filed a complaint charging defendant Francisco Gonzalez Ochoa with violating 18 U.S.C. § 1073: Unlawful Flight to Avoid Prosecution. To date, defendant has not yet been apprehended and is believed to be in Mexico. At this point, however, there have been no indications that defendant is likely to return to the United States.

Accordingly, in light of that fact, and the age of this complaint and arrest warrant, the United States believes that the interests of justice are best served at this time by the dismissal of the Complaint against defendant and hereby moves, under Federal Rule of Criminal Procedure 48(a), to dismiss the complaint against defendant without prejudice.

Dated: May 1, 2012         Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ANTOINE F. RAPHAEL
Assistant U.S. Attorney
Chief, Riverside Branch Office

　　　　/s/
JERRY C. YANG
Assistant United States Attorney

Attorneys for Plaintiff
United States of America